

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00259-CV

| | | |
|---|---|---|
| 1707 New York Ave., LLC | § | From the 352nd District Court |
| | § | of Tarrant County (352-271175-14) |
| v. | § | October 22, 2015 |
| | § | Opinion by Justice Walker |
| City of Arlington | § | Concurrence by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant 1707 New York Ave., LLC shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
      Justice Sue Walker